| | |
|---|---|
| KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@kvn.com<br>DAVID SILBERT - # 173128<br>dsilbert@kvn.com<br>MICHELLE YBARRA - # 260697<br>mybarra@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:   415 397 7188<br><br>Attorneys for Defendant<br>LINKEDIN CORP. | COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>JEFFREY T. NORBERG (215087)<br>jnorberg@cooley.com<br>ELIZABETH L. STAMESHKIN (260865)<br>(estameshkin@cooley.com)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2155<br>Telephone:   (650) 843-5000<br>Facsimile:   (650) 849-7400<br><br>Attorneys for Defendant<br>FACEBOOK, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASCOM RESEARCH, LLC, a Virginia limited liability company,<br><br>        Plaintiff,<br><br>   v.<br><br>LINKEDIN CORPORATION, a Delaware corporation,<br><br>        Defendant. | Case No. 12-cv-06294 SI<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO VACATE PAT. L.R. 4-3 AND 4-4 CLAIM CONSTRUCTION DEADLINES IN ADVANCE OF AUGUST 30 CMC**<br><br>Judge:   Honorable Susan Illston<br><br>Date Filed: October 3, 2012<br><br>Trial Date: None Set |
| BASCOM RESEARCH, LLC, a Virginia limited liability company,<br><br>        Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 12-cv-06293 SI |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO VACATE PAT. L.R. 4-3 AND 4-4
CLAIM CONSTRUCTION DEADLINES IN ADVANCE OF AUGUST 30 CMC
Case Nos. 12-cv-06294 SI / 12-cv-06293 SI

773134

The Court ORDERS as follows:

Having considered Defendants LinkedIn Corporation and Facebook, Inc.'s Administrative Motion to Vacate Pat. L.R. 4-3 and 4-4 Claim Construction Deadlines in Advance of August 30 CMC, and all papers submitted in support thereof, and good cause appearing therefor, the Court rules that Defendants' motion is GRANTED and the Pat. L.R. 4-3 and 4-4 deadlines in Case Nos. 12-cv-06293 and 12-cv-06294 are vacated.

IT IS SO ORDERED.

Dated: 8/7/13

*Susan Illston*
Honorable Susan Illston
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING TO ADMINISTRATIVE MOTION TO VACATE PAT. L.R. 4-3 AND 4-4 CLAIM CONSTRUCTION DEADLINES IN ADVANCE OF AUGUST 30 CMC
Case Nos. 12-cv-06294 SI / 12-cv-06293 SI

773134