KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
MICHELLE YBARRA - # 260697
mybarra@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
LINKEDIN CORP.

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
JEFFREY T. NORBERG (215087)
jnorberg@cooley.com
ELIZABETH L. STAMESHKIN (260865)
(estameshkin@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASCOM RESEARCH, LLC, a Virginia limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>LINKEDIN CORPORATION, a Delaware corporation,<br><br>    Defendant. | Case No. 12-cv-06294 SI<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO VACATE PAT. L.R. 4-3 AND 4-4 CLAIM CONSTRUCTION DEADLINES IN ADVANCE OF AUGUST 30 CMC<br><br>Judge:    Honorable Susan Illston<br><br>Date Filed:  October 3, 2012<br><br>Trial Date:  None Set |
| BASCOM RESEARCH, LLC, a Virginia limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 12-cv-06293 SI |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO VACATE PAT. L.R. 4-3 AND 4-4
CLAIM CONSTRUCTION DEADLINES IN ADVANCE OF AUGUST 30 CMC
Case Nos. 12-cv-06294 SI / 12-cv-06293 SI

773134

The Court ORDERS as follows:

Having considered Defendants LinkedIn Corporation and Facebook, Inc.'s Administrative Motion to Vacate Pat. L.R. 4-3 and 4-4 Claim Construction Deadlines in Advance of August 30 CMC, and all papers submitted in support thereof, and good cause appearing therefor, the Court rules that Defendants' motion is GRANTED and the Pat. L.R. 4-3 and 4-4 deadlines in Case Nos. 12-cv-06293 and 12-cv-06294 are vacated.

IT IS SO ORDERED.

Dated: 8/7/13

*[signature]*
Honorable Susan Illston
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING TO ADMINISTRATIVE MOTION TO VACATE PAT. L.R. 4-3 AND 4-4 CLAIM CONSTRUCTION DEADLINES IN ADVANCE OF AUGUST 30 CMC
Case Nos. 12-cv-06294 SI / 12-cv-06293 SI