IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BASCOM RESEARCH LLC,

    Plaintiff,

  v.

FACEBOOK, INC.,

    Defendant.
    _____/

BASCOM RESEARCH LLC,

    Plaintiff,

  v.

LINKEDIN CORPORATION,

    Defendant
    _____/

No. C 12-6293 SI and C 12-6294 SI

**ORDER DENYING MOTIONS FOR REINSTATEMENT OF DATES UNDER PATENT LOCAL RULES 4-3 AND 4-4**

    Plaintiff has filed administrative motions seeking the reinstatement of the claim construction dates previously set in these cases. In an order filed August 7, 2013, the Court granted an unopposed administrative motion to vacate those dates due to the parties' ongoing disputes regarding plaintiff's infringement contentions and the fact that plaintiff recently obtained new counsel.[1]

---

[1] Pursuant to Civil Local Rule 7-11(b), an opposition to an administrative motion must be filed no later than 4 days after the motion is filed. Counsel is hereby informed that the automatically generated schedule that appears in the docket is the schedule for non-administrative motions, and in any event counsel should always independently confirm the correct briefing schedule.

1     The Court finds no good cause to reinstate the vacated dates, and the Court will set a new
2 schedule at the August 30, 2013 case management conference. In advance of the August 30, 2013 case
3 management conference, the parties are directed to meet and confer regarding plaintiff's infringement
4 contentions and present any disputes to Magistrate Judge Spero if possible.

5     This order resolves Docket No. 91 in C 12-6293 SI and Docket No. 113 in C 12-6294 SI.

7 **IT IS SO ORDERED.**

9 Dated: August 19, 2013

10     SUSAN ILLSTON
    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California