RUSS AUGUST & KABAT LLP
MARC A. FENSTER - # 181067
mfenster@raklaw.com
BRIAN D. LEDAHL - # 186579
bledahl@raklaw.com
DORIAN S. BERGER - # 264424
dberger@raklaw.com
12424 Wilshire Boulevard, 12 Floor
Los Angeles, CA  90025
Telephone:     (310) 826-7474
Facsimile:     (650) 826-6991

Attorneys for Plaintiff
BASCOM RESEARCH LLC

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
ASHOK RAMANI - # 200020
aramani@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:     (415) 391 5400
Facsimile:     (415) 397 7188

Attorneys for Defendant
LINKEDIN CORP.

COOLEY LLP
HEIDI L. KEEFE - # 178960
hkeefe@cooley.com
MARK R. WEINSTEIN - # 193043
mweinstein@cooley.com
JEFFREY T. NORBERG - # 215087
jnorberg@cooley.com
ELIZABETH L. STAMESHKIN - # 260865
estameshkin@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASCOM RESEARCH, LLC, a Virginia limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINKEDIN CORPORATION, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 12-cv-06294 SI<br><br>**STIPULATION TO MODIFY PRE-*MARKMAN* CASE SCHEDULE**<br><br>Judge:　　Honorable Susan Illston<br><br>Date Filed:　October 3, 2012<br><br>Trial Date:　None Set |

| | | |
|---|---|---|
| 1 | BASCOM RESEARCH, LLC, a Virginia limited liability company, | Case No. 12-cv-06293 SI |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | FACEBOOK, INC., a Delaware corporation, | |
| 6 | Defendant. | |

Pursuant to the Case Management Conference conducted by the Court on December 13, 2013 and the Court's December 16, 2013 Minute Entry (Dkt. Nos. 100 and 125), Plaintiff Bascom Research, LLC, and Defendants Facebook, Inc. and LinkedIn Corp. respectfully submit this Stipulation, subject to the Court's approval, to modify the case schedule prior to *Markman* according to the dates discussed with the Court in view of the Tutorial having been rescheduled for March 5, 2014 and Claim Construction Hearing having been rescheduled for March 12, 2014. The following modified deadlines shall apply to the following events:

| | |
|---|---|
| **1/8/14** | File Joint Claim Construction & Prehearing Statement (Pat. L.R. 4-3) |
| **1/31/14** | File Opening Brief on Claim Construction (Pat. L.R. 4-5(a)) |
| **2/14/14** | File Responsive Brief on Claim Construction (Pat. L.R. 4-5(b)) |
| **2/21/14** | File Reply Claim Construction Brief (Pat. L.R. 4.5(c)) |

Dated:  December 17, 2013               RUSS AUGUST & KABAT LLP

                                        By:  */s/ Brian D. Ledahl*
                                             MARC A. FENSTER
                                             BRIAN D. LEDAHL
                                             DORIAN S. BERGER

                                             Attorneys for Plaintiff
                                             BASCOM RESEARCH LLC

Dated:  December 17, 2013               KEKER & VAN NEST LLP

                                        By:  */s/ David Silbert*
                                             ROBERT A. VAN NEST
                                             DAVID SILBERT
                                             ASHOK RAMANI

                                             Attorneys for Defendant
                                             LINKEDIN CORP.

| | |
|---|---|
| Dated: December 17, 2013 | COOLEY LLP |
| | By: /s/ Heidi L. Keefe |
| | HEIDI L. KEEFE |
| | MARK R. WEINSTEIN |
| | JEFFREY T. NORBERG |
| | BRIAN P. WIKNER |
| | ELIZABETH L. STAMESHKIN |
| | |
| | Attorneys for Defendant |
| | FACEBOOK, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/17/13                        _____
                                       The Hon. Susan Illston
                                       U.S. District Court Judge