RUSS, AUGUST & KABAT
MARC A. FENSTER - # 181067
mfenster@raklaw.com
BRIAN D. LEDAHL - # 186579
bledahl@raklaw.com
DORIAN S. BERGER - # 264424
dberger@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone:     (310) 826-7474
Facsimile:     (310) 826-6991

Attorneys for Plaintiff
BASCOM RESEARCH LLC

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
ELIZABETH L. STAMESHKIN (260865)
(estameshkin@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

Attorneys for Defendant
FACEBOOK, INC.

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
ASHOK RAMANI - # 200020
aramani@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
LINKEDIN CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASCOM RESEARCH, LLC, a Virginia limited liability company,<br><br>           Plaintiff,<br><br>    v.<br><br>LINKEDIN CORPORATION, a Delaware corporation,<br><br>           Defendant. | Case No. 12-cv-06294 SI<br><br>**JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE**<br><br>Judge:     Honorable Susan Illston<br><br>Date Filed: October 3, 2012<br><br>Trial Date: None Set |

| | |
|---|---|
| BASCOM RESEARCH, LLC, a Virginia limited liability company,<br><br>                Plaintiff,<br><br>        v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>                Defendant. | Case No. 12-cv-06293 SI |

On January 13, 2014, this Court stayed these two related actions pending further guidance from the Supreme Court regarding patentability standards. *See* D.E. 133 at 3. During the 2013-14 term, the Supreme Court issued several decisions on patent issues, including *Alice Corp. v. CLS Bank Int'l*, No. 13-298. The parties now jointly request that the Court schedule a case management conference to determine next steps.[1]

Dated: July 16, 2014

RUSS, AUGUST & KABAT

By: */s/ Brian D. Ledahl*
MARC A. FENSTER
BRIAN D. LEDAHL
DORIAN S. BERGER

Attorneys for Plaintiff
BASCOM RESEARCH LLC

Dated: July 16, 2014

KEKER & VAN NEST LLP

By: */s/ David Silbert*
ROBERT A. VAN NEST
DAVID SILBERT
ASHOK RAMANI

Attorneys for Defendant
LINKEDIN CORP.

Dated: July 16, 2014

COOLEY LLP

By: */s/ Heidi L. Keefe*
HEIDI L. KEEFE
MARK R. WEINSTEIN
ELIZABETH L. STAMESHKIN

Attorneys for Defendant
FACEBOOK, INC.



GRANTED
Judge Susan Illston

```
A further case management Conference
is set for   8/8/14   at
3:30 p.m. A joint statement shall be filed
one week prior to the conference.
```

---

[1] The Court's Standing Order indicates that Case Management Conferences are held on Fridays. For scheduling purposes, the parties wish to advise the Court that, due to previously-scheduled hearings, counsel for one or more of the parties is unavailable on the following upcoming Fridays: July 25, August 1, August 8, August 15, and August 29.

1

JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE
Case Nos. 12-cv-06294 SI / 12-cv-06293 SI

845093