| | |
|---|---|
| RUSS, AUGUST & KABAT<br>MARC A. FENSTER - # 181067<br>mfenster@raklaw.com<br>BRIAN D. LEDAHL - # 186579<br>bledahl@raklaw.com<br>DORIAN S. BERGER - # 264424<br>dberger@raklaw.com<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025<br>Telephone:     (310) 826-7474<br>Facsimile:     (310) 826-6991<br><br>Attorneys for Plaintiff<br>BASCOM RESEARCH LLC | COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>ELIZABETH L. STAMESHKIN (260865)<br>(estameshkin@cooley.com)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2155<br>Telephone:     (650) 843-5000<br>Facsimile:     (650) 849-7400<br><br>Attorneys for Defendant<br>FACEBOOK, INC. |

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
DAVID SILBERT - # 173128
dsilbert@kvn.com
ASHOK RAMANI - # 200020
aramani@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391 5400
Facsimile:     (415) 397 7188

Attorneys for Defendant
LINKEDIN CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASCOM RESEARCH, LLC, a Virginia limited liability company,<br><br>           Plaintiff,<br><br>     v.<br><br>LINKEDIN CORPORATION, a Delaware corporation,<br><br>           Defendant. | Case No. 12-cv-06294 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:     Honorable Susan Illston<br><br>Date Filed: October 3, 2012<br><br>Trial Date: None Set |

| | |
|---|---|
| BASCOM RESEARCH, LLC, a Virginia limited liability company, | Case No. 12-cv-06293 SI |
| Plaintiff, | |
| v. | |
| FACEBOOK, INC., a Delaware corporation, | |
| Defendant. | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case Nos. 12-cv-06294 SI / 12-cv-06293 SI

849334

On July 21, 2014, this Court scheduled a case management conference for August 8, 2014. Due to previously-scheduled hearings and depositions, lead counsel for both defendants, Facebook and LinkedIn, are unavailable on that date. All parties met and conferred regarding this scheduling conflict, and all parties now jointly request that this Court continue the currently scheduled case management conference by two weeks, to August 22, 2014.

Dated:  July 22, 2014                                        RUSS, AUGUST & KABAT

                                              By:   */s/ Brian D. Ledahl*
                                                    MARC A. FENSTER
                                                    BRIAN D. LEDAHL
                                                    DORIAN S. BERGER

                                                    Attorneys for Plaintiff
                                                    BASCOM RESEARCH LLC

Dated:  July 22, 2014                                        KEKER & VAN NEST LLP

                                              By:   */s/ David Silbert*
                                                    ROBERT A. VAN NEST
                                                    DAVID SILBERT
                                                    ASHOK RAMANI

                                                    Attorneys for Defendant
                                                    LINKEDIN CORP.

Dated:  July 22, 2014                                        COOLEY LLP

                                              By:   */s/ Heidi L. Keefe*
                                                    HEIDI L. KEEFE
                                                    MARK R. WEINSTEIN
                                                    ELIZABETH L. STAMESHKIN

                                                    Attorneys for Defendant
                                                    FACEBOOK, INC.

### [PROPOSED] ORDER

The case management conference previously scheduled for August 8, 2014 at 3:30 p.m. is hereby vacated. A further case management conference is set for August 22, 2014 at ~~3:30~~ 3:00 p.m. in Courtroom 10, 19th Floor, San Francisco. This order applies to both Case No. 12-6293-SI and Case No. 12-6294-SI.

Date: 7/22/14

Hon. Susan Illston