| | |
|---|---|
| COOLEY LLP | KEKER & VAN NEST LLP |
| MICHAEL G. RHODES (116127) | ROBERT A. VAN NEST - # 84065 |
| (rhodesmg@cooley.com) | rvannest@kvn.com |
| HEIDI L. KEEFE (178960) | DAVID SILBERT - # 173128 |
| (hkeefe@cooley.com) | dsilbert@kvn.com |
| MARK R. WEINSTEIN (193043) | DAN JACKSON - # 216091 |
| (mweinstein@cooley.com) | djackson@kvn.com |
| LOWELL D. MEAD (223989) | 633 Battery Street |
| (lmead@cooley.com) | San Francisco, CA 94111-1809 |
| 3175 Hanover Street | Telephone:    415 391 5400 |
| Palo Alto, CA  94304-1130 | Facsimile:    415 397 7188 |
| Telephone:    (650) 843-5000 | |
| Facsimile:    (650) 849-7400 | Attorneys for Defendant |
| | LINKEDIN CORP. |
| Attorneys for Defendant | |
| Facebook Inc. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BASCOM RESEARCH LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FACEBOOK INC,<br><br>　　　　　Defendant. | Case Nos. 12-cv-06293 SI, 12-cv-06294 SI<br><br>**DECLARATION OF MICHELLE YBARRA IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101**<br><br>Date:　　November 21, 2014<br>Time:　　9:00 a.m.<br>Dept.:　　10<br>Judge:　　Honorable Susan Illston |
| BASCOM RESEARCH, LLC, a Virginia limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v. .<br><br>LINKEDIN CORPORATION, a Delaware corporation,<br><br>　　　　　Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

DECL OF MICHELLE YBARRA ISO MSJ OF
INVALIDITY UNDER 35 USC§ 101
CASE NOS. 12-CV-0693-SI AND 12-CV-06294 SI-

I, MICHELLE YBARRA, declare:

1. I am an attorney licensed to practice law in the State of California and am an associate at Keker & Van Nest LLP, counsel for Defendant LinkedIn Corporation in the above-captioned action.

2. I have knowledge of the facts set forth herein and, if called to testify as a witness thereto, could do so competently under oath.

3. Attached hereto as **Exhibit A** is a true and correct copy of an article entitled "Software patents are crumbling, thanks to the Supreme Court," published on www.Vox.com and dated September 12, 2014.

4. Attached hereto as **Exhibit B** is a true and correct copy of an article entitled "Courts Nix More Software Patents," published in Wall Street Journal and dated September 21, 2014.

5. Attached hereto as **Exhibit C** is a true and correct copy of an article entitled "Section 101 Patentable Subject Matter Bloodbath," published in the SoCal IP Institute and dated September 15, 2014.

6. Attached hereto as **Exhibit D** is a true and correct copy of a book entitled "Kallimachos, The Alexandrian Library and the Origins of Bibliography" by Rudolf Blum, published in 1991.

7. Attached hereto as **Exhibit E** is a true and correct copy of a book entitled "A Collection of Cases Overruled, Doubted, or Limited in their Application" by Simon Greenleaf, published in 1821.

8. Attached hereto as **Exhibit F** is a true and correct copy of a United States PTO Office Action dated March 5, 2005, regarding Application No. 10/118,918, which eventually issued as the U.S. Patent No. 7,158,971.

9. Attached hereto as **Exhibit G** is a true and correct copy of a post-*Alice* United States PTO Memorandum entitled "Preliminary Examination Instructions in view of the Supreme Court Decision in *Alice Corporation Ply. Ltd. v. CLS Bank International, et al.*," dated June 25, 2014.

10. Attached hereto as **Exhibit H** is a true and correct copy of "'Mastering the Lawless Science of Our Law': A Story of Legal Citation Indexes" by Patti J. Ogden, published in 1993.

11. Attached hereto as **Exhibit I** is a true and correct copy of "Origins of Bibliometrics, Citation Indexing, and Citation Analysis: The Neglected Legal Literature" by Fred Shapiro, published in the Journal of the American Society for Information Science in June 1992.

12. Attached hereto as **Exhibit J** is a true and correct copy of a book entitled "How to Use Shepard's Citations," published by The Frank Shepard Company in 1933.

13. Attached hereto as **Exhibit K** is a true and correct copy of the Internet version of an article entitled "As We May Think," authored by Vannevar Bush and originally published in The Atlantic magazine on July 1, 1945.

14. Attached hereto as **Exhibit L** is a claim chart mapping *Overruled Cases* against the first asserted independent claim for each of the patents-in-suit: Claim 4 of U.S. Patent 7,111,232; Claim 1 of U.S. Patent 7,139,974; Claim 14 of U.S. Patent 7,158,971; and Claim 1 of U.S. Patent 7,389,241.

15. Attached hereto as **Exhibit M** is the definition for the word "network," as provided by the Online Etymology Dictionary.

16. Attached hereto as **Exhibit N** is a true and correct copy of a timeline entitled "A Timeline Database History," as provided by the Intuit Quickbase, available at http://quickbase.intuit.com/articles/timeline-of-database-history.

17. Attached hereto as **Exhibit O** is a true and correct copy of an article entitled "History of Libraries," as provided by EDUSCAPES, available at http://eduscapes.com/history/modern/1725.htm.

18. Attached hereto as **Exhibit P** is a true and correct copy of United States Patent No. 7,111,232 B1, issued September 19, 2006.

19. Attached hereto as **Exhibit Q** is a true and correct copy of United States Patent No. 7,139,974 B1, issued November 21, 2006.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

DECL OF MICHELLE YBARRA ISO MSJ FOF
INVALIDITY UNDER 35 USC§ 101
CASE NOS. 12-CV-0693-SI AND 12-CV-06294 SI-

21. Attached hereto as **Exhibit R** is a true and correct copy of United States Patent No. 7,158,971 B1, issued January 2, 2007.

22. Attached hereto as **Exhibit S** is a true and correct copy of United States Patent No. 7,389,241 B1, issued June 17, 2008.

23. Attached hereto as **Exhibit T** is a true and correct copy of Bascom's September 12, 2005 Response and Amendment to a previous § 101 rejection regarding Application No. 10/118,918, which eventually issued as the U.S. Patent No. 7,158,971.

24. Attached hereto as **Exhibit U** is a true and correct copy of the United States PTO's Office Action dated December 20, 2012, rejecting the claims in Bascom's Patent Application No. 11/979,260 on § 101 grounds.

25. Attached hereto as **Exhibit V** is a true and correct copy of the claims dated October 31, 2007 in Application No. 11/979/260, which were rejected by the United States PTO.

26. Attached hereto as **Exhibit W** is a true and correct copy of the United States PTO's July 5, 2013 Notice of Abandonment for Bascom's Application No. 11/979/260.

27. Attached hereto as **Exhibit X** is a claim chart demonstrating how every asserted claim could be performed by a human using pen and paper.

28. Attached hereto as **Exhibit Y** is a true and correct copy of Director's Forum: A Blog from USPTO's Leadership, dated August 4, 2014, available at http://www.uspto.gov/blog/director/entry/update_on_uspto_s_implementation.

29. Attached hereto as **Exhibit Z** is a true and correct copy of the Honorable George H. Wu's Ruling on Motion to Dismiss for Lack of Patentable Subject Matter (35 U.S.C. § 101) in *Eclipse IP LLC v. McKinley Equip. Corp.*, Case No. SACV 14-742-GW (AJWx) (C.D. Cal. Sept. 4, 2014).

30. Attached hereto as **Exhibit AA** is a true and correct copy of the Honorable Philip S. Gutierrez's Order Granting Defendant's Motion for Summary Judgment in *CMG Fin. Services, Inc. v. Pacific Trust Bank, F.S.B.*, Case No. CV 11-10344 PSG (MRWx) (C.D. Cal. Aug. 29, 2014).

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

DECL OF MICHELLE YBARRA ISO MSJ FOF
INVALIDITY UNDER 35 USC§ 101
CASE NOS. 12-CV-0693-SI AND 12-CV-06294 SI-

31. Attached hereto as **Exhibit BB** is a true and correct copy of the Honorable William C. Bryson's Memorandum Opinion and Order in *Loyalty Conversion Sys. Corp. v. Am. Airlines, Inc.*, Case No. 2:13-CV-655 (E.D. Tex. Sept. 3, 2014).

32. Attached hereto as **Exhibit CC** is a true and correct copy of the Honorable George H. Wu's Ruling on Defendants' Motion for Judgment on the Pleadings Based on Unpatentability Under 35 U.S.C. § 101, *McRO, Inc. d.b.a. Planet Blue, v. Namco Bandai Games Am., Inc.*, Case No. CV 12-10322-GW(FFMx) (C.D. Cal. Sept. 22, 2014).

33. Attached hereto as **Exhibit DD** is a true and correct copy of the Honorable Richard G. Andrew's Memorandum and Opinion in *Tuxis Technologies, LLC, v. Amazon.com, Inc.*, Civil Action No. 13-1771-RGA, (D. Del. Sept. 4, 2014).

34. Attached hereto as **Exhibit EE** is a true and correct copy of the Honorable Leonard P. Stark's Memorandum Opinion in *Walker Digital, LLC, v. Google, Inc.*, C.A. No. 11-318-LPS, (D. Del. Sept. 3, 2014).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed in San Francisco, California on September 26, 2014.

/s/ *Michelle Ybarra*
Michelle Ybarra