# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 12/2/14

Case No.   C-12-6293 & 12-6294  SI             Judge:   SUSAN ILLSTON

Title: BASCOM RESEARCH  -v- FACEBOOK, ETC

Attorneys for Pltf: Marc Fenster, Brian Ledahl
Attorney for Facebook: Heidi Keefe
Attorney for Linkedin: David Silbert


Deputy Clerk:  Tracy Kasamoto Court Reporter: **Joanne Farrell**

**PROCEEDINGS**

1)     Motions for Summary Judgment [171][141] - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf    ( )Deft    ( X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( X ) SUBMITTED
                                 PART


Case continued to **1/30/15 @ 3:00 P.M.**   Further Case Management Conference

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to    **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: