# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASCOM RESEARCH, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant. | Case No. 12-cv-06293-SI<br><br>**JUDGMENT** |

The Court has granted summary judgment in favor of defendant. Judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 5, 2015

_____
SUSAN ILLSTON
United States District Judge