RUSS, AUGUST & KABAT
MARC A. FENSTER - # 181067
mfenster@raklaw.com
BRIAN D. LEDAHL - # 186579
bledahl@raklaw.com
DORIAN S. BERGER - # 264424
dberger@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone:      (310) 826-7474
Facsimile:       (310) 826-6991

Attorneys for Plaintiff
BASCOM RESEARCH LLC

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
LOWELL D. MEAD (223989)
lmead@cooley.com
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASCOM RESEARCH, LLC, a Virginia limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant. | Case Nos. 12-cv-06293 SI<br><br>**STIPULATION AND [PROPOSED] ORDER RE BILL OF COSTS AND NOTICE OF APPEAL**<br><br>The Honorable Susan Illston |

1 **WHEREAS** plaintiff Bascom Research, LLC ("Bascom") filed this action against Facebook, Inc. ("Facebook") on October 3, 2012 alleging infringement of U.S. Patent Nos. 7,139,974, 7,158,971, 7,111,232 and 7,389,241;

**WHEREAS** Facebook filed a petition for Covered Business Method (CBM) review of U.S. Patent No. 7,389,241 ("'241 patent") on May 22, 2014, Case No. CBM2014-00138, on which trial was instituted by the Patent Trial and Appeal Board ("PTAB") on November 24, 2014;

**WHEREAS** on September 26, 2014, Facebook filed a motion for summary judgment of invalidity of the asserted claims under 35 U.S.C. § 101 [ECF No. 117];

**WHEREAS** the Court granted Facebook's motion on January 5, 2015 and entered judgment the same day [ECF Nos. 131, 132];

**WHEREAS** Facebook filed a Bill of Costs on January 20, 2015 [ECF No. 134]; and

**WHEREAS** Bascom has elected not to appeal the judgment to the U.S. Court of Appeals for the Federal Circuit;

**NOW, THEREFORE**, Bascom and Facebook, by and through their respective counsel of record, hereby stipulate to the following:

1. The Bill of Costs filed by Facebook [ECF No. 134] is **DISMISSED**.
2. Bascom agrees not to appeal the judgment in this action to the U.S. Court of Appeals for the Federal Circuit.
3. In light of the Court's judgment of invalidity relating to the '241 patent, Facebook agrees to submit appropriate papers to the PTAB to request the dismissal as moot of the pending Covered Business Method (CBM) review of the '241 patent.

**IT IS SO STIPULATED.**

Dated:  January 23, 2015                                  COOLEY LLP

                                                          By:   */s/ Heidi L. Keefe*
                                                                HEIDI L. KEEFE

                                                          Attorneys for Defendant
                                                          FACEBOOK, INC.

Dated: January 23, 2015            RUSS AUGUST & KABAT LLP

By:    */s/ Brian D. Ledahl*
       BRIAN D. LEDAHL

Attorneys for Plaintiff
BASCOM RESEARCH LLC

### **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), the undersigned attests that all parties have concurred in the filing of this STIPULATION AND [PROPOSED] ORDER RE BILL OF COSTS AND NOTICE OF APPEAL.

*/s/ Heidi L. Keefe*
Heidi L. Keefe

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
The Hon. Susan Illston
U.S. District Court Judge